PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
**FILED**

JAN 09 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**HOUSTON** DIVISION

MARK ANDREW GARCIA
TDCJ ID 2134480
Plaintiff's Name and ID Number

~~ESTELLE~~ UNIT 264 FM 3478
HUNTSVILLE, TX. 77320
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v. SCHLONDA KIZZIE
264 FM 3478
HUNTSVILLE, TX 77320
Defendant's Name and Address

CURTIS JORDAN 264 FM 3478
HUNTSVILLE, TX. 77320
Defendant's Name and Address

DANIEL MUNOZ 264 FM 3478
HUNTSVILLE, TX. 77320
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

...

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DONNY JOE CURRY   2066860
PLAINTIFF'S NAME AND ID NUMBER

ESTELLE UNIT
264 FM 3478
HUNTSVILLE, TX. 77320
PLACE OF CONFINEMENT

TALLAN METCALF
264 FM 3478
V. HUNTSVILLE, TX. 77320
DEFENDENT'S NAME AND ADDRESS

BRANDON MCDONALD
815 12TH ST.
HUNTSVILLE, TX. 77320
DEFENDENT'S NAME AND ADDRESS

STEPHEN BRYANT
1206 AVE I
HUNTSVILLE, TX. 77320
DEFENDENT'S NAME AND ADDRESS

(PG 2 OF 5)

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? **X** YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: **MAY 2021**
      2. Parties to previous lawsuit:
        Plaintiff(s) **MARK ANDREW GARCIA**
        Defendant(s) **JAMES L. VANDERPOOL**
      3. Court: (If federal, name the district; if state, name the county.) **WESTERN, WACO DIVISION**
      4. Cause number: **CA. NO. 6:21-CV-00529**
      5. Name of judge to whom case was assigned: **JUDGE: ALAN D. ALBRIGHT**
      6. Disposition: (Was the case dismissed, appealed, still pending?) **STILL PENDING**
      7. Approximate date of disposition: **FRIDAY AROUND AUGUST 19TH 2022**

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: ESTELLE UNIT HUNTSVILLE, TX.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  X YES  __ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: MARK ANDREW GARCIA 2134480 ESTELLE UNIT 264 FM 3478 HUNTSVILLE, TX. 77320
PLAINTIFF #2 DONNY JOE CURRY TDCJ. CID NO. 2066860

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: SCHLONDA KIZZIE C.O.IV ESTELLE UNIT 264 FM 3478 HUNTSVILLE, TX. 77320

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DESTROYED MY PROPERTY INCLUDING LEGAL MATERIAL OF OPEN 1983 CASE.

Defendant #2: CURTIS JORDAN CAPTAIN ESTELLE UNIT 264 FM 3478 HUNTSVILLE, TX. 77320

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
RAN U.C.C. AND DID NOT HOUSE ME PROPERLY. RETALIATION

Defendant #3: DANIEL MUNOZ ASSISTANT WARDEN ESTELLE UNIT 264 FM 3478 HUNTSVILLE, TX 77320

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
WAS AT U.C.C. BUT DID NOT SAY ANYTHING RETALIATION

Defendant #4: TALLAN METCALF MAJOR ESTELLE UNIT 264 FM 3478 HUNTSVILLE, TX. 77320

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DID NOT INTERVENE KNOWING ACTIONS OF SUBORDINATES.

Defendant #5: BRANDON MCDONALD SARGEANT HUNTSVILLE UNIT 815 12TH ST. HUNTSVILLE, TX. 77341

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
ASSAULTED ME WHILE HANDCUFFED HANDS BEHIND BACK.

DEFENDANT #6 - STEPHEN BRYANT REGION 1 DIRECTOR 1206 AVE. I HUNTSVILLE, TX 77340
- DID NOT INTERVENE IN YEAR OF RETALIATION.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I HAVE BEEN IN T.D.C.J. REGION 1 SINCE OCTOBER 2021, STEPHEN BRYANT IS DIRECTOR. I WAS ASSAULTED BY SGT. McDONALD ON THE HUNTSVILLE UNIT. I WAS PUT IN CLOSED CUSTODY WAS REFUSED MEDICAL AND MENTAL CARE AT THE GIB LEWIS UNIT. NOT HOUSED PROPERLY AND THREATENED BY 1 SGT, 1 LT. WHEN LAURA KIZZIE RECEIVED MY PROPERTY FROM GIB LEWIS UNIT SHE WENT THROUGH IT WITHOUT ME BEING PRESENT. SHE DESTROYED IT, INCLUDING LEGAL EVIDENCE FROM OPEN U.S.C. 1983 CASE. RETALIATION

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PAYMENT FOR REPLACING STOLEN LOST, DAMAGED PROPERTY AND FOR MENTAL HEALTH ANGUISH.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

MARK GARCIA, JUAN GARCIA, JOHN GARCIA - MY 2 BROTHERS

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

T.D.C.J.-CI.D. No. 2134480, TX. 50304388

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✗NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____

  2. Case number: _____

  3. Approximate date warning was issued: _____

Executed on: 12/26/2022
              DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this MONDAY 26TH day of DECEMBER, 20 22.
           (Day)              (month)        (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

Case 4:23-cv-00091 Document 1 Filed on 01/09/23 in TXSD Page 7 of 8

United States Courts
Southern District of Texas
FILED

JAN 09 2023

Nathan Ochsner, Clerk of Court

ATTN: DISTRICT CLERK -
— DARLENE HANSEN —

With my experience at the Boyd Unit and the whole cover up they tried before I was able to get all my paperwork together. With this knowledge I know that the Attorney General's office has access to my Texas Department of Justice file. I have exhausted the grievance process and sent criminal complaints for McDonald and Kizzie to Robyn Flowers Clerk of Walker County. I have very limited access to copies and other supplies needed to finish. I have put a grievance on Alicia Foley law librarian III.

I hope that the court takes my limited movement into consideration. Thank you very much for your time.

T.D.CJ ID No: 2134480

Mark Andrews Garcia
~~Estelle Unit~~ Gist Unit
~~264 FM 3485~~ 3295 FM 3514
~~Huntsville Tx~~ Beaumont, Tx.
~~77320~~ 77705

Sincerely,
M. Garcia
12/26/22

✱ NOTICE TO COURT ✱
CHANGE OF ADDRESS

MARK ANDREW GARCIA
T.D.C.J. No. 2134480
ESTELLE UNIT
264 FM 3478 3295 FM 3514
HUNTSVILLE, BEAUMONT, TX.
77320 77705

LEGAL MAIL

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
UNITED STATES DISTRICT CLERK'S OFFICE
DEPUTY IN CHARGE DARLENE HANSEN
BOB CASEY U.S. COURTHOUSE
515 RUSK ST.,
HOUSTON, TX.

United States Courts
Southern District of Texas
FILED
JAN 09 2023
Nathan Ochsner, Clerk of Court



